**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01551-CMA-CBS

W.O. DANIELSON CONSTRUCTION CO., LTD,

    Plaintiff,

v.

ROADWAY EXPRESS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with F.R.Civ.P. 41(a)(1)(ii) and the Stipulation for Dismissal With Prejudice (Doc. # 17) signed by the attorneys for the parties hereto it is

ORDERED that the Complaint and cause of action in this matter are DISMISSED WITH PREJUDICE, each party to pay its own costs and expenses, including attorney fees.

DATED: November  18  , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge